# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02670-JLK

**NASH STEVEN VIGIL, JR.,**

    Plaintiff,

v.

**GOVERNMENT EMPLOYEES INSURANCE COMPANY,**

    Defendant.

___

**ORDER RE: STIPULATED MOTION TO DISMISS WITH PREJUDICE**
___

The Court, having reviewed the Stipulated Motion to Dismiss with Prejudice (Doc. 21), hereby GRANTS THE MOTION.  Pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims in this action that have been asserted between or among Plaintiff, Defendant, and/or their respective counsel are hereby dismissed with prejudice.

All parties shall pay their own fees and costs as set forth in the stipulated motion.

Accordingly, the Motion to Enforce Settlement Agreement (Doc. 17) is DENIED AS MOOT.

Dated: March 24, 2016

                                                _____
                                                JOHN L. KANE
                                                SENIOR U.S. DISTRICT COURT JUDGE